**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **CION ADONIS PERALTA,** <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **T. C. DILLARD, Chief Dental Officer; S. BROOKS, D.D.S., Staff Dentist; J. FITTER, Chief Medical Officer,** <br><br> Defendants - Appellees. | No. 09-55907 <br><br> D.C. No. 2:05-cv-01937-JVS-PLA <br><br> **ORDER** |

Before: **KOZINSKI**, Chief Judge, **SILVERMAN**, **GRABER**, **TALLMAN**, **RAWLINSON**, **CLIFTON**, **BYBEE**, **M. SMITH**, **CHRISTEN**, **NGUYEN** and **HURWITZ**, Circuit Judges.

The petition for rehearing en banc before the full court is denied. See Fed. R. App. P. 35; 9th Cir. R. 35-3.